Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:

BILLY EDMOND BURCH  XXX-XX-2329
HOLLY RHEA BURCH  XXX-XX-2122

Address:4216 SAN PEDRO COURT
Address:  FORT WORTH, TX 76179
     Debtor(s)

Case No. 15-44027-MXM-13

Chapter 13

Judge MARK X. MULLIN

### DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN POST-CONFIRMATION

### MODIFICATION DATE: December 1, 2017

Language in italicized type in this *Plan Modification* shall be as defined in the General Order 2016-01, Standing Order Concerning Chapter 13 Cases and as it may be superseded or amended (General Order). All provisions of the General Order shall apply to this *Plan Modification* as if fully set out herein.

Pursuant to 11 U.S.C. §1329 the *Debtor* requests the following modification(s) to the *Debtor's* original or last modified Chapter 13 *Plan*.

## SECTION I
## HISTORY OF THE CASE

A.    Total Paid In (Received to Date):    $   29,226.66
       Amount Due to be Current:    $   5,282.72
       *Base Amount* (Current):    $   93,564.94

**Date of Calculation for Modification:**  December 1, 2017

B.    Current *Plan Payment* to *Trustee* Amounts and Term:

| Start Date | Number Periods | Amount |
|---|---|---|
| 11/04/2015 | 4 | $700.00 |
| 03/04/2016 | 6 | $1,325.00 |
| 09/04/2016 | 15 | $1,361.00 |
| 12/04/2017 | 35 | $1,750.00 |
| 12/04/2016 | 1 | $444.44 fees tax refund |
| 11/04/2017 | 1 | $444.44 fees tax refund |

**SECTION II**
**MODIFICATION**

A.   Reason for modification (**MUST BE COMPLETED**)

      X    (1) To cure *Plan* arrears to the *Trustee*.
_____ (2) To provide or modify treatment for Secured, Priority or Unsecured claim
              not previously provided.
_____ (3) To provide for payment to the *Mortgage Lender* through the Conduit Program.
_____ (4) To make *Plan* sufficient (based on allowed claims).
_____ (5) To modify the Unsecured Creditors' Pool from $_____ to $_____.
_____ (6) To modify the value of non-exempt property from $\_\_\_\_\_ to $_____.
_____ (7) To set aside Interlocutory Order.
_____ (8) Other:
_____
_____

B.   New *Plan Payment* to *Trustee* Amount and Term:

The plan payment amount will be changed to $ (new monthly pmt. amt.) PER MONTH TO THE
TRUSTEE:

| *Start Date | Number Periods | Amount |
|---|---|---|
| 12/04/2017 | 3 | $1,750.00 |
| 03/04/2018 | 32 | $1,850.00 |

NEW *BASE AMOUNT*: $\_\_93,676.66_____

*DEBTOR'S NEW PAYMENT START DATE MAY NOT BE MORE THAN THIRTY (30)
DAYS FROM THE DATE OF THIS *PLAN MODIFICATION*.

C.   BRINGING THE DEBTOR INTO THE CONDUIT PROGRAM (IN CASES FILED ON OR AFTER OCTOBER 1, 2016)

D.   PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS TO:

E.   PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS TO:

F.   *Debtor's Counsel* fee for this modification:

Total amount of $400.00, of which $400.00 will be disbursed by the *Trustee* according to the
Order of Payment set out in the confirmed *Plan* or last subsequently approved *Plan
Modification*.

## SECTION III

### ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED *PLAN* OR SUBSEQUENTLY APPROVED *PLAN MODIFICATION* REMAIN THE SAME.


Date: December 1, 2017         /s/ Marcus Leinart
                              Marcus Leinart
                              State Bar No. 00794156
                              Leinart Law Firm
                              11520 N. Central Exprwy, Ste 212
                              Dallas, TX 75243
                              469.232.3328 Phone
                              214.221.1755 Fax
                              ATTORNEY FOR DEBTORS


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtor(s) and the parties listed below by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk and all other parties entitled to electronic notice on the date of filing hereof: (List)

Dated: December 1, 2017                              */s/* Marcus Leinart