Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:

BILLY EDMOND BURCH  XXX-XX-2329          Case No. 15-44027-MXM-13
HOLLY RHEA BURCH  XXX-XX-2122

                                                           Chapter 13

Address:4216 SAN PEDRO COURT
Address:  FORT WORTH, TX 76179
        Debtor(s)                                  Judge MARK X. MULLIN

### DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN POST-CONFIRMATION

**MODIFICATION DATE: February 26, 2018**

Language in italicized type in this *Plan Modification* shall be as defined in the General Order 2017-01, Standing Order Concerning Chapter 13 Cases and as it may be superseded or amended (General Order). All provisions of the General Order shall apply to this *Plan Modification* as if fully set out herein.

Pursuant to 11 U.S.C. §1329 the *Debtor* requests the following modification(s) to the *Debtor's* original or last modified Chapter 13 *Plan*.

### SECTION I
### HISTORY OF THE CASE

A.    Total Paid In (Received to Date):        $ _33,399.76_____
       Amount Due to be Current:             $_1076.90_____
       *Base Amount* (Current):                 $ _93,676.66_____

**Date of Calculation for Modification:**  February 26, 2018

B.    Current *Plan Payment* to *Trustee* Amounts and Term:

| Start Date | Number Periods | Amount |
|---|---|---|
| 11/04/2015 | 4 | $700 |
| 03/04/2016 | 6 | $1325.00 |
| 09/04/2016 | 14 | $1361.00 |
| 12/04/2017 | 3 | $1750.00 |
| 03/04/2018 | 32 | $1850.00 |

## SECTION II
## MODIFICATION

A.   Reason for modification **(MUST BE COMPLETED)**

   \_\_\_\_X\_\_\_\_ (1) To cure *Plan* arrears to the *Trustee*.
   \_\_\_X\_\_\_\_\_ (2) To provide or modify treatment for Secured, Priority or Unsecured claim
            not previously provided.
   _____ (3) To provide for payment to the *Mortgage Lender* through the Conduit Program.
   _____ (4) To make *Plan* sufficient (based on allowed claims).
   _____ (5) To modify the Unsecured Creditors' Pool from $_____ to $_____.
   _____ (6) To modify the value of non-exempt property from $\_\_\_\_\_ to $_____.
   _____ (7) To set aside Interlocutory Order.
   \_\_\_\_X\_\_\_\_ (8) Other: \_\_\_To change treatment of HOA dues to Surrender_____

B.   New *Plan Payment* to *Trustee* Amount and Term:

The plan payment amount will be changed to $ (new monthly pmt. amt.) PER MONTH TO THE TRUSTEE:

| *Start Date | Number Periods | Amount |
|---|---|---|
| 03/04/2018 | 31 | $1807.00 |

NEW *BASE AMOUNT*: $91,237.76\_\_\_\_

*DEBTOR'S* NEW PAYMENT START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION*.

C.   BRINGING THE DEBTOR INTO THE CONDUIT PROGRAM (IN CASES FILED ON OR AFTER OCTOBER 1, 2016)

| MORTGAGEE | # OF PAYMENTS PAID BY TRUSTEE | CURRENT POST-PETITION MORTGAGE PAYMENT AMT. | FIRST CONDUIT PAYMENT DUE DATE (MM-DD-YY) |
|---|---|---|---|

**AND** PROVIDE FOR ANY POST-PETITION MORTGAGE ARREARAGE:

| MORTGAGEE | TOTAL AMT. | DUE DATE(S) (MM-DD-YY) | % | TERM APPROXIMATE (MONTHS\_\_\_TO\_\_\_) | TREATMENT |
|---|---|---|---|---|---|

The *Post-Petition Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest, if any, set out in this *Plan Modification*. To the extent interest is provided, it will be calculated from the date of the approval of this *Plan Modification*.

D.   PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS TO:

| P/M | Creditor Name | Claim Amount | Descr. of Collateral | Value | Int. Rate | Treatment ($/Mo; Pro Rata; Dir.; Surr) |
|---|---|---|---|---|---|---|

   __M__   __Lago Vista At Bonds Ranch___   $1200.00_  __HOA Dues___  $_1200.00__  ____%  __Sur_

The automatic stay shall be terminated and the *Trustee* shall cease disbursements on any secured claim which is secured by the *Surrendered Collateral* (Surr), without further order of the court, pursuant to General Order 2016-01, paragraph 8.

E.    PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS TO:

    P/M    Creditor Name                Claim Amount    Treatment ($/Mo; Pro Rata)

F.    *Debtor's Counsel* fee for this modification:

Total amount of $400.00, of which $400.00 will be disbursed by the *Trustee* according to the Order of Payment set out in the confirmed *Plan* or last subsequently approved *Plan Modification.*

## SECTION III

**ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED *PLAN* OR SUBSEQUENTLY APPROVED *PLAN MODIFICATION* REMAIN THE SAME.**

Date:  February 26, 2018         _/s/ Marcus Leinart_____
                                                  Marcus Leinart
                                                  State Bar No. 00794156
                                                  Leinart Law Firm
                                                  11520 N. Central Exprwy, Ste 212
                                                  Dallas, TX 75243
                                                  469.232.3328 Phone
                                                  214.221.1755 Fax
                                                  ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtor(s) and the parties listed below by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk and all other parties entitled to electronic notice on the date of filing hereof: (List)

Dated:  February 26, 2018                                            /s/  Marcus Leinart_____